■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY JONES, Appellant. [661 NYS2d 516] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered April 12, 1995, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court's charge on circumstantial evidence was adequate and did not deprive him of a fair trial *(see, e.g., People v Gonzalez,* 54 NY2d 729).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Rosenblatt, Ritter and Luciano, JJ., concur.